**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| SUSAN KURYLO, )<br>                               )<br>        Plaintiff, )<br>                               )<br>v.                                )   Docket No. 2:15-cv-15-NT<br>                               )<br>SULLIVAN RIZZO, )<br>                               )<br>       Defendant. )| |

**LOCAL RULE 56(H) PRE-FILING CONFERENCE REPORT AND ORDER**

A conference was held on Monday, February 22, 2016, at 3:00 p.m.

Presiding:        Nancy Torresen, United States Chief District Judge

For Plaintiff:     Hunter J. Tzovarras

For Defendant:   John J. Wall, III

In accordance with the procedural order issued on January 12, 2016 (ECF No. 24), I held a Local Rule 56(h) conference with counsel during which the following items were discussed:

1. **Basis for Proposed Motion for Partial Summary Judgment**: The Plaintiff claims that the Defendant falsely arrested her, used excessive force in executing that arrest, and subjected her to malicious prosecution. The Defendant's motion for partial summary judgment will address the Plaintiff's claims for false arrest and malicious prosecution.

2. **Estimated Memorandum Length**: The Defendant's counsel anticipates that his memorandum of law supporting his motion for partial summary judgment will be approximately 20 pages.

3. **Estimated Factual Statement Length**: The Defendant's counsel anticipates filing a statement of approximately 60 facts.

4. **Cooperation of Counsel on Factual Statement**: The parties agreed to work collaboratively on the factual statement. I explained my preference for adherence to the following guidelines:

   - All admissions, denials, qualifications, and requests to strike should appear under the text of the proposed fact to which they refer.

   - A request to strike should be preceded by an admission, denial, or qualification, in case the request to strike is denied.

   - All responses to requests to strike should appear under the text of the request to strike to which they refer.

   - The parties' various statements of material facts should utilize a single, continuous sequence of paragraph numbers.

It is the Court's preference that the statement of material facts contain citations to the record with appropriate ECF document and page numbers. To that end, the parties should first file their record materials on the docket and then cite to those documents by ECF document and page number in their statement of material facts. The parties may file supplemental record material, but shall not duplicate the record material already on the docket.

5. **Estimated Record**: The Defendant's counsel anticipates filing approximately 100 pages of record materials and two discs of audio recordings with transcripts in support of his statement of material facts.

I **ORDERED** that the Defendant's motion for partial summary judgment will be filed by March 21, 2016. The Plaintiff's opposition shall be filed by April 11, 2016. The Defendant's reply shall be filed by April 25, 2016. If necessary, the Plaintiff may file a response to any requests to strike from the Defendant by May 9, 2016.

**SO ORDERED.**

/s/ Nancy Torresen
United States Chief District Judge

Dated this 23rd day of February, 2016.